(136 So. 94)

CITY OF NEW ORLEANS v. NEW ORLEANS LAND COMPANY and Baptiste Puissegeur. No. 31140.

June 22, 1931.

Rehearing Denied July 17, 1931.

Warren Simon, Roger Meunier, and Delvaille H. Theard, all of New Orleans, for appellants.

Michel Provosty, City Atty., Francis P. Burns and Walter M. Barnett, Jr., Asst. City Attys., all of New Orleans, for appellee.

BRUNOT, J.

For the reasons assigned in the case of City of New Orleans v. New Orleans Land Company and Baptiste Puissegeur, 136 So. 91,[1] of the docket of this court, this day decided, the judgment appealed from herein is affirmed.